# FILED   FILED

JUL 0 1 2008          MAY 27 2008

*CHARLES FORDJOUR*    RICHARD W. WIEKING   CLERK, U.S. DISTRICT COURT
Name                 CLERK, U.S. DISTRICT COURT EASTERN DISTRICT OF CALIFORNIA
*37666-B6 B80*       NORTHERN DISTRICT OF CALIFORNIA

Prison Number                                DEPUTY CLERK
*Kings County Jail*                          **MMC**
*P. O. Box 1699*
*Hanford, CA 93230*          CV 08   MMC   3162
Address or Place of Confinement                   530
                                                  E-filing

Note:  If represented by an attorney, write attorney's name, address & telephone number

---

# United States District Court
## EASTERN DISTRICT OF CALIFORNIA

(1) *CHARLES A. FORDJOUR*          CASE NO. 1: 08 CV  00 7 31 AWI TAG HC

Full Name (First, Middle, Last)            (to be supplied by the Clerk of the
                                            United States District Court)

Petitioner,                                *PRELIMINARY INJUNCTION*
                                           *TRO / ENJOINMENT STATE*
vs.                                            *COURT PROCEEDINGS*

(2) *Robert Mueller, III - Director OF FBI*    **PETITION FOR**
Name of Warden  *ET. AL.*                  **WRIT OF HABEAS CORPUS**
(or other authorized person having custody of petitioner)   **PURSUANT TO 28 U.S.C. § 2241**
(3) *Allen McClain - Kings County Sheriff*   **BY A PERSON IN FEDERAL CUSTODY**
*and its successors and assigns*   Respondent.s   *"ALL WRITS ACTS 28. U.S.C § 1651*
*ET. AL. (See Attach Parties)*     *DECLARATORY JUDGMENT, 28 U.S.C § 2201*

---

*ENJOIN STATE COURT PROCEEDINGS PURSUANT TO 28 U.S.C § 2241;*

PLEASE COMPLETE THE FOLLOWING (check the appropriate number):
                                           *Hughes V. Attorney General of Florida (11th Cir. 2004*
This petition concerns:                    *377 F.3d 1258, 17 FLW Fed. C 783, Cert. denied*
                                                  *(2005 U.S) 160 L.Ed. 2d 772 125*
1._____ a conviction          CAUTION:   If you are attacking a federal conviction, *S. Ct. 881)*
2._____ a sentence                        sentence or judgment, you must
3._____ jail or prison conditions         first file a direct appeal or motion under
4._____ prison discipline                 28 U.S.C. § 2255 in the federal court which
5._____ a parole problem                  entered judgment.
6. *PRE-TRIAL* other *See Herein;*
*Kidnapping; False Imprisonment; False Arrest, Malicious Prosecution*
*Vindictive Prosecution, Illegal Seizure, Entrapment, Conspiracy to*
*Commit Murder; Attempted Murder on Daily Basis, Torture, etc.*

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
                                                              Page 1 of 5

# PETITION

*See: Albright V. Oliver, U.S. 127 L.Ed. 2d, 114, 114 S.Ct. 807 (1994*
*FRAP 23 (a) (b) (c) (d) - EMERGENCY RELEASE*

CASE No:                                    PAGE 1 A

## PARTIES:

(1) CHARLES ·A· FORDJOUR,
                    Petitioner,

              Vs.

(2) Robert Mueller, III — Director of FBI
(3) Allan McClain — Kings County Sheriff and its successors and Assigns;
(4) John Miller — Assistant Director of FBI
(5) United States Department of Justice
(6) Federal Bureau of Investigation
(7) Fresno, FBI District Office and Agent
(8) McGregor Scott — United States Attorney
(9) Jerry Brown — California Attorney General
(10) Kings County Superior Court
(11) Kings County District Attorney's Office
(12) Ronald L. Calhoun — Kings County District Attorney
(13) Kings County Sheriff Department
(14) All the Way Live, DBA as XYZ Corporation and its Management and Employees 1through 1000
(15) All the way Out Live;
(16) James Hartley — Warden, Avenal State Prison, Avenal
(17) Director, of California Department of Corrections and Rehabilitation ( CDCR);
(18) California Department of Corrections and Rehabilitation;
(19) Board of Parole Hearing ( BPH/CDCR)
(20) Steven W. Polacek, — Deputy Commissioner of BPH/CDCR
(21) Santa Clara County Sheriff Department

CASE NO:

PAGE 1 B

## PARTIES:

(22) Laurie Smith - Sheriff, Santa clara county

(23) Santa clara county District Attorney

(24) Captain S. Sepulveda - Main Jail Commander, Santa clara county Sheriff Department;

(25) Santa clara county Superior court;

ET. AL.;

Respondents

CASE Nº :                                    PAGE Nº 1 C

## JURISDICTION:

(1) This Court, United States District Court, Eastern District of California has Original Jurisdiction over petition for Writ of Habeas Corpus and All Writs Act, § 1651 et al pursuant to 28 U.S.C. § 2241; 28 USCS 2241 (c)(1)(2)(3) (4)(5);

(2) This court has original Jurisdiction pursuant to Federal Question under 28 USCS 1331;

(3) This Court has Original Jurisdiction pursuant Emergency Motion for Immediate Release under FRAP 23; 28 U.S.C § 2241;

(4) This court has Original Jurisdiction pursuant to Preliminary Injunction; TRO; Enjoinment of State court proceeding under Rule 65, FRCP; Rule 57, FRCP; 28 USC § 1367; 28 USC § 2201 and Hilton v. Braunskill, 481 U.S. 770, 777-778, 95 L.Ed.2d 724, 107 S.Ct. 2113(198.

(1)   Place of detention: _Kings County Jail_

(2)   Name and location of court which imposed sentence: _Pre - trial illegal_
_Detention - King county Superior Court_

(3)   Offense(s) and indictment number(s) (if known) for the sentence imposed:
_(1) NO sentence impose / Pre-trial detention_
_(2) case No. 07M6047 / 07CM9015_

(4)   The date the sentence was imposed and the terms of the sentence:
_NOT Applicable_

(5)   What was your plea (check one): _N/A_  Not guilty (X)     Guilty ( )     Nolo contendere ( )

(6)   Kind of trial (check one): _N/A_   Jury (X)          Judge only ( )  _Pre-Trial_

(7)   Did you appeal from the judgment of conviction or the imposition of sentence:  Yes ( )   No (X) _N/A_

(8)   If you did appeal, answer the following for *each* appeal:

FIRST APPEAL:
Name of court: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

SECOND APPEAL:
Name of court: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

## GROUNDS FOR THIS 28 U.S.C. § 2241 PETITION

(9)   State *CONCISELY* every ground on which you claim that your sentence is being executed in an illegal
manner. Summarize *briefly* the *facts* supporting each ground

   CAUTION:   If you fail to set forth all grounds in this petition, you may be barred from presenting
              additional grounds at a later date.

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

Page 2 of 5

→   GROUND ONE _KIDNAPPING AND FALSE ARREST IN VIOLATIONS_

OF 4TH; 5TH; 6TH; 8th and 14th Amendments of
united states constitution:

Supporting *FACTS* for *GROUND ONE* (tell your story *BRIEFLY* without citing cases or law).

**CAUTION:** You must state *facts, not conclusions,* in support of your grounds. A rule of
thumb to follow is — who did exactly what to violate your rights at what time or
place.

On April 09, 2008 about 6:00 Am. Respondents
Fresno FBI, FEDS, FBI, USDOT in joint participants with
Santa Clara County Sheriff Department and its Agents including
Laurie Smith - Sheriff Santa clara County; Captain A. Sepulveda,
Main Jail commander of Santa clara county Sheriff, CACR Admin;
Tamer Hartley, warden. ASP, Avenal, california Department of corrections
(please see Attached Additional pages)

→ **GROUND TWO** *FALSE IMPRISONMENT IN VIOLATIONS OF*
*4TH, 5TH, 8TH, AND 14TH AMENDMENTS UNITED STATES CONSTITUTION*

Supporting *FACTS* for *GROUND TWO* (tell your story *BRIEFLY* without citing cases or law).

On April 09, 2008 about 6:00 AM Respondents Fresno FBI,
FEDS, USDOT and its Agents in joint participants with Santa
Clara County Sheriff Department and its Agents, including
Laurie Smith - Sheriff Santa clara County, Captain A. Sepulveda,
Main Jail Commander of Santa clara County Sheriff, CACR
Administration, James Hartley — warden, ASP, Avenal, California
(please see Attached Additional pages)

## ADMINISTRATIVE APPEALS

N/A / (Exhaustion Not Required in this pending Case)

(10) Have you presented the claims raised in Question #9 of this petition to prison officials in a prison
administrations appeal? Only the Federal courts has original Jurisdiction

Yes (X)    No ( )   If your answer is no, explain why not: Not Applicable and cannot
does Not have Authority to Address constitutional/legal issue

If your answer is yes, answer the following for *each* administrative appeal:

FIRST ADMINISTRATIVE APPEAL       Level of appeal: 1st Level
Grounds raised (list each):
    1)  Same / Related issues   (not Applicable)
    2)  Same / Related issues   (Not Applicable)
Result/Date of result: Lack of Authority and Jurisdiction to Address Serious
constitutional and Legal issues   2nd Level

SECOND ADMINISTRATIVE APPEAL      Level of appeal: 
Grounds raised (list each):
    1)  Same / Related issues   (Not Applicable)
    2)  Same / Related issues   (Not Applicable)
Result/Date of result: does not have Authority, Lacked Authority
and Jurisdiction to Address Constitutional and Legal issue

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

Page 3 of 5

THIRD ADMINISTRATIVE APPEAL      Level of appeal: 3rd Level
Grounds raised (list each):

CASE No :            <u>GROUND ONE</u>            PAGE 2 A

and Rehabilitation (CDCR), Director of CDCR and its Agents acted in concert to Kidnap and Subject Petitioner Fordjour to False arrest and Kidnapping at Santa Clara county Jail, Special Housing, cell number 10 by placing petitioner under Handcuffs and Mental Shackles on his Legs, waist, and Arms and unlawfully, unconstitutionally, and <u>Without</u> <u>Authority</u> and <u>Jurisdiction</u> to — improperly Kidnap and Subject petitioner to illegal Seizure and False Arrest, by transporting him to North Kern State Prison / CDCR at Delano, California, by use of Force and unlawful Restraint.

On October 03, 2007, the Sixth Appellate District court of Appeals Remanded and Over-turned petitioner's criminal case # 197498 in Santa clara county Superior court. petitioner was in Santa clara county Jail on <u>Active</u> <u>Calendar</u> Based on the Sixth Appellate District court of Appeal Judgment Reversed and Remand. Petitioner was Released on his own Recognizance on March 27, 2008 on the Santa Clara county Case # 197498 by the Santa clara county Superior court. ( See EXHIBIT 1 - Remittitur).

CASE N°:                    GROUND ONE:              PAGE: 2B

Factual Background, on December 17, 2006 petitioner was Set-up and unlawfully arrested for parole violation and placed in CDCR Custody. This case is currently On Appeal in united States district court, Northern district of California in case Number CV 07-02111 MMC. Respondents acted in concert and joint participants On the Set-up and Entrapment, with Respondents All the way Live.

On February 21, 2007 petitioner was Return to Custody by the Board of parole Hearing (BPH) for 12 months, While petitioner was in CDCR/ASP, Avenal his orginal case upon which the allege parole Revocation was based was vacated and Set Aside On October 03, 2007. (See Exhibit 1 - Remittitur) petitioner was entitled to mandatory Release from CDCR/ASP, Avenal on December 17, 2007. (See Exhibit 2-Notice of Release).

Respondents CDCR Administration and its Agents conspired to Murder/Kill petitioner while in their Custody force from March 2007 through to the present, in violations of 8th and 14th Amendments of U.S. Constitution. On November 02, 2007 Respondents CDCR Administration and its Agents fabricated Allegations for DA referral and parole Revocation Extension to Keep petitioner in custody to continue their illegal Attempts to Murder/Kill him.

CASE Nº:          GROUND ONE:          PAGE: 2 C

Petitioner was _Never_ transported to the Santa Clara County Superior court on schedule or mandated by the Superior court Order on the Remand from Sixth Appellate district Court. Petitioner was later transported on January 18, 2008.

Petitioner was _not_ Released on his Mandatory Release date of December 17, 2007, by Respondents CDCR/ASP. Avenal Administration. petitioner was unlawfully Subjected to illegal Parole Revocation Extension on January 04, 2008 in violations of _Valdivia V. Schwarzenegger_, (E.D. Cal. March 9, 2004, CIV S-94-0671 LKK/GGH) permanent injunction; _Valdivia V. Davis_, (E.D. Cal. 2002) 206 F. Supp. 2d 1068; See also In re Vincent Marquez, 153 Cal. App. 4th _1_; 62 Cal. Rptr. 3d 429 (July 10, 2007); See also In re Vincent Marquez, 2007 Cal. App. Lexis 1298 (August 09 2007).

Petitioner Forfour's parole Revocation — Extension Return to custody which was illegal and unconstitutional _expired_ on _December 07, 2007_ for Violations of _valdivia_ Injunction and on or before — March 17, 2008.

All Respondents _Lacked_ _Authority_, _Jurisdiction_ _Statutory_ and _constitutional_ to Kidnap, False Arrest and Restrain petitioner on April 09, 2008 in violations of 4th, 5th, 6th, 8th and 14th Amends. U.S. Constitution.

CASE N°                    GROUND TWO:        PAGE 3A

Department of corrections and Rehabilitation (CDCR),
director of CDCR and its Agents acted in concert
to forcibly Kidnap and subject petitioner for fair
to False Arrest and Kidnapping from Santa clara
County Jail, Special Housing, cell Number 10 by
Placing petitioner under Handcuffs, mental Shackles
on his Legs, Waist and Arms without Authorization,
and Jurisdiction and constitutioning False Imprisonment.

On April 09, 2008 Respondents Forcibly
Kidnap and subject petitioner to False Arrest
and False imprisonment and transported him —
illegally and cnlawfully to North Kern State prison
at delano, California. petitioner was held
in Respondents CDCR custody from April 09, 2008
through April 14, 2008. On April 14, 2008 petitioner
was transported Again forcibly by Respondents CDCR
and its Agents in Joint participants with Federal
Respondents to Avenal State prison, Avenal, California.
petitioner was subject to False Imprisonment, False
Arrest, Kidnapping at All times by Respondents CDCR
and its Agents, James Hartley-warden, ASP, Avenal in
Join participants with Federal Respondents and held in
Administrative Segregation cntil April 15, 2008 about
11:00 A.M in the Morning. Further petitioner was
Forcibly removed from ASP, Avenal to Kings county

CASE N°         GROUNDS TWO              PAGE 3 B

Jail by CDCR Officers J. Price and J. Cerda.
At All times, petitioner was subjected to False
imprisonment due to the fact that All Respondents
OF CDCR, Federal Respondents and Kings County Respondents
Locked subject matter Jurisdiction and Authority to
hold and detain petitioner in custody for Any Reason
or purpose in violations of his constitutional Rights
pursuant to 4th, 5th, 6th, 8th and 14th Amendments
OF the United States constitution.
       At a Matter of Law, petitioner's was —
entitled to Mandatory Release on December 17, 2007.
on allege illegal parole Revocation. (See Exhibit 2).
In Addition any allege illegal parole Revocation Extension
Violated Valdivia Injunction on December 07, 2007 and
for Arguendo, petitioner was still entitled to
Mandatory Release on or before March 17, 2008
on any illegal parole Revocation Extension. All —
Respondents of CDCR, Federal Respondents and Kings
County Sheriff Department has NO Authority, Locked
Jurisdiction and subject matter Authority to subject
petitioner to False Imprisonment and Kidnapping.
       On April 15, 2008 about 1:00 p.m or thereafter
petitioner was unlawfully, illegally, improperly,
subjected to False Imprisonment, Kidnapping and
False Arrest in Kings County Jail without —

CASE №        GROUND TWO        PAGE 3 C

a warrant or Summons, without complying with
the Statutory provisions of 813 P.C. through 829 P.C.
of California penal code and violations of petitioners
Substential and procedural due process of Law —
under 4th, 5th, 6th, 8th and 14th Amendments
of the United States Constitution.

At All times Respondents Sheriff Allen McClain
and its Successors and Attorneys, Kings county Sheriff
Department, CDCR Administration were in joint
participants to Federal Respondents Freeom FBI, FEDS,
FBI, USDOJ and its Agents in Subjecting petitioner
in False Imprisonment, Kidnapping and false Arrest.
On December 20, 2007, any allege D.A Referral
from Respondents CDCR to Respondents Kings county
District Attorney and Kings county Sheriff was
Vacated, and Set Aside by the Kings county Superior
Court, in case number 07M0043 /and or 07CM9015.

Respondents CDCR Administration were in concert
and joint participants with Kings county District —
Attorney's office to have petitioner Murdered / Killed
by Subjecting False Imprisonment, Kidnapping and
False Arrest even though Respondents Know that
petitioner is innocent and a Victim in this case,
constituting Entrapment and obstruction of Justice.

CASE Nº                    GROUND THREE:                    PAGE 1

UNLAWFUL DEPRIVATION AND PROHIBITION AGAINST
EXCESSIVE BAIL IN VIOLATIONS OF 8TH.
AND 14TH AMENDMENTS OF UNITED STATES
CONSTITUTION:

Legal Standard: Serious Legal issues and Questions
are Review De novo. See Hilton V. Braunskill, 481
U.S. 770, 777-778, 95 L.Ed. 2d 724, 107 S.Ct. 2113 (1987);
Stack V. Boyle, 342 U.S. 1, 96 L.Ed. 3, 72 S.Ct. (1951)
(interest in avoiding imprisonment; Excessive Bail clause,
U.S. Constitution, 8th Amendment); Abney V. United
States, 431 U.S. 651, 52 L.Ed. 2d 651, 97 S.Ct.
2034 (1977)(Interest in avoiding trial; double Jeopardy
clause, U.S. Constitution, Amendment 5); Bell V. Wolfish,
441 U.S. 522, 535, 60 L.Ed. 2d 447, 99 S.Ct. 1861 (1979)
([A] detainee may not be punished prior to an Adjudication
of guilt in accordance with due Process of Law); See also
Brown V. Allen, 344 U.S. 443, 465, 97 L.Ed. 469, 73
S.Ct. 397 (1953)(protection against illegal custody); See
Preiser V. Rodriguez, 411 U.S. 475, 494, 36 L.Ed. 2d
439, 93 S.Ct. 1827 (1973); Marino V. Vasquez, (9th Cir. 1987),
812 F.2d 499. See FRAP 23 (a) (b) (c) (d);
The District Court's decision to grant a conditional
writ of Habeas Corpus is reviewed de novo. See City
Weygandt V. Ducharme, 774 F.2d 1491, 1492
(9th Cir. 1985); Chatman V. Marquez, 754 F.2d 1531,
1533-35 (9th Cir.) cert. denied, 474 U.S. 841, 106 S.Ct. 124,
88 L.Ed. 2d 101 (1985); See other cites

Case H°:

# GROUND THREE          PAGE: 2

The Federal court's authority to Release a State prisoner on recognizance or surety is the course of a Habeas Corpus proceedings derives from the power to issue the writ itself. See Ostrer v. United States, 584 F.2d 594 (2d Cir. 1978); In re Wainwright, 518 F.2d 173, 175 (5th Cir. 1975); United States ex. rel. Thomas v. New Jersey, 472 F.2d 735 (3d Cir.) cert. denied, 414 U.S. 878, 94 S. Ct. 121, 38 L. Ed. 123 (1973); Woodcock v. Donnelly, 470 F.2d 93, 94 (1st Cir 1972); See also 28 U.S.C § 2241; FRAP 23;

## SERIOUS LEGAL ISSUES:

On April 15, 2008 Respondents Federals, Fresno FBI, USDOJ, FBI and its Agents in joint participants with Respondents All the way Live and its Agents, All the way out Live, Respondents CICR Administration and its Agents CICR Officers D. Price and D. Cerda Acted in concert and in conspiracy with Respondent Kings County Sheriff Department and its Agents and Respondents Kings County District Attorney's Office to illegally, unlawfully and unconstitutionally subject petitioner to false imprisonment, Kidnapping, False Arrest, illegal Seizure without a warrant or Summons and in violations of 4th, 5th, 8th and 14th Amendments of

CASE Nº          GROUND THREE          PAGE: 3

the United States Constitution. Respondents
Lacked Authority and Jurisdiction to detain
petitioner in illegal and improper pre-trial
custody on April 15, 2008 to the present
On allege Kings county case Number 07M0043
and or 07CM9015 which was vacated and
Set Aside on December 20, 2007.
Respondents CDCR Administration acted in concert
with Respondents Kings county District Attorney's
Office to fabricate and file false Allegations on
December 13, 2007 to illegally hold petitioner in
custody So that he can be Murdered/Killed
prior to his Release, and continuously to the
present. Respondents CDCR Administration and its
Agents in joint participants with Respondents
Kings county District Attorney's Office and its Agents
and in joint participants with Respondents Kings
county sheriff department and in joint participants
with Federal Respondents have subjected
petitioner to False Imprisonment, Kidnapping,
Entrapment, False Arrest, illegal seizure and
Vindictive Prosecution. On April 15, 2008
petitioner was deprived of All his Legal
Materials in violations of Access to the
court, violations of his First Amendment
and Substantial and Procedural due process

CASE NO:                 GROUND THREE (3)                 PAGE: 4

of Law and Equal protection of the Law. See Burns v. Smith, Supra; See (Exhibit 3 - Declaration of CHARLES FORMINOUR)

Further, petitioner has been deprived of All his Relevant and Critical Records and Evidence for Trial proceedings in State court and the Respondents Kings County Superior court, Kings County District - Attorney office and its Agents including Respondents Kings County Sheriff Department and its Agents are unduly influence by Federal Respondents to obstruct Justice and Entrapment.

For the Record, the Kings County Felony Bail Schedule for the False and Fabricated Allegations of 4501·5 P.C is $25,000 and 69 P.C is $15,000 with a combine Total of $40,000. petitioner's Bail is NOW set at $100,000 is clearly excessive and — prohibited in violations of 8th Amendment of the United States constitution where petitioner is Innocent and the Victim in this False Allegations The sole purpose of this False Allegations by Respondents is to commit premeditated Murder against petitioner in Respondents CACR Administration custody.

petitioner is Indigent, Innocent and a Victim and is entitled to Release on his own Recognizance. See Hudson v. Parker, 156 U.S. 277, 285, 39 L. Ed. 424, 426, 15 S. Ct. 450 (1895) (This traditional Right to freedom before conviction permits the unhampered preparation of a defense, and serves to prevent the infliction of punishment prior to conviction).

Case Nº          GROUND FOUR (4)          PAGE : 5

Ground # 4 :    MALICIOUS PROSECUTION AND BAD
FAITH PROSECUTION IN VIOLATIONS
OF 4TH, 5th 6th 8th and 14th Amendments
Of United States constitution:

Legal Standard: Serious Legal questions on Malicious
Prosecution, which leads to pre-trial confinement
are Review by de novo pursuant to Fourth
Amendment's protection against unlawful
Searches and Seizures. See Albright V. Oliver
U.S., 127 L.Ed. 2d 114, 114 S. Ct. 807 C1994); See
Sanders V. English, 950 F. 2d 1152 (5th Cir. 1992); See
Bretz v. Kelman, 773 F. 2d 1026 (9th Cir 1985);
Cerborne V. Conway, 479 U.S 84, 107 S.Ct. 390, 93
L.Ed. 2d 325 (1986); See also other cases:
As a Matter of Law, Bad Faith Prosecution,
violates constitutional Rights. See Dombrowski
V. Pfister, 380 U.S. 479, 490, 14 L.Ed. 2d 22,
85 S. Ct. 1116 C1965); See Shaw V. Garrison, 467
F. 2d 113 (5th Cir.) Cert denied, 409 U.S. 1024, 34 L.Ed.
2d 317, 93 S.Ct. 467 C1972). State Actors on
federal Actors as joint Participants with prosecutors
for Malicious Prosecution are liable. See Wheeler
V. Cosden oil and Chemical Co, 734 F. 2d 254 (5th Cir),
modified on reh'g on other grounds, 744 F. 2d 1131, 1133 (5th Cir. 1984)

CASE No.                    GROUND FOUR (4)                    PAGE: 6

The Probable cause for the indictment must not
be tainted by Malicious actions. See Hand V. Gerry,
838 F 2d 1420, 1426 (5th Cir. 1988).

SERIOUS LEGAL issues on Malicious Prosecution
and Bad Faith Prosecution:

Respondents CDCR Administration have Repeatedly
Since March 2007 to the present have attempted
on regular Basis to have petitioner Kill or
Murdered in violation of his Eighth Amendment of
the United States constitution which at San Quentin
State prison and Avenal State prison.

Since from July 11, 2007 to the present Respondents
James Hartley, Warden, ASP, Avenal, Associate Warden
Watson, ASP, Avenal, CDCR Administration and its Agents
conspired to have petitioner Killed or Murdered.
As part of this plot on November 02, 2007
Respondents CDCR Administration and its Agents-Sgt
Margalis and Lt Michael A. Beer issued-out
Lock-up orders and its updates to have
petitioner Murdered/Killed. These Respondents
on November 02, 2007 Fabricated and falsify
Allegations to theRespondents Kings county
District Attorney's Office and Respondent deputy
district Attorney Ty Ford who filed these

CASE No:          GROUND FOUR (4)          PAGE: 7

False and Fabricated Allegation on December 13, 2007 with evil mind, malicious intent and in Bad Faith prosecution, Knowing that petitioner is a Victim and Innocent and that All the Allege allegations are False and Fabricated. Respondents CDCR Administration, and its Agents including Counselor Martinez, James Hartley, Warden, Associate wardess Weatfon, Linda Ochoa, CDCR Sgt Margolis, CDCR Lt Michael D. Bears and all their Joint participents conspired with Respondents Deputy District Attorney Ty Ford to file said False Allegation to keep petitioner in custody in other to Murder or Kill him in CDCR Custody.

    For the Record, On December 27, 2007 Court Hearing in Kings county Superior court department # 3 at Hanford, California – Respondents Deputy Kings county District Attorney Ty Ford stated in open court that petitioner Should be poisoned and sent Home to Die or to Falsify the Records that he is suicidal and Mentally ill and Kept in Napa Asylum indefinitly, For the Record, these conversations were made

CASE No:                    GROUND FOUR (4)                    PAGE : 8

in the presence of other witnesses, the Bailiff of the Superior court, the Court Reporter, my Assigned or Appointed counsel, and Two (2) Respondents CDCR agents who transported petitioner to court on December 27, 2007 from Avenal State Prison. Denial of Right to a Fair Trial.

The communications were Video Recorded until petitioner was Abruptly remove from the court Room to prevent him from Hearing any further illegal plots and the conspiracy to Murder / Kill him. The Federal Respondents are in possession of the Video communications and Recordings through Fresno FBI, FBI, Federals, and the USDOJ.

Respondents Deputy Kings county District Attorney, Ty Ford, Kings county District Attorney's Office and its Agents including joint participants Respondents All the way Live, and its Agents, All the way out Live, and Respondents CDCR Administration and its Agents in Joint participants with Federal and its Agents in joint participants with Federal Respondents KNOW that petitioner Is a Victim and Innocent yet these Bad Faith Prosecutions and malicious prosecutions in violations of 4th, 5th, 6th, 8th and 14th Amendments of U.S. Constitution. This District court must enjoin the State Court proceedings and issue a court order for petitioner's Release

CASE N°:    GROUND FIVE (5)    PAGE: 10

in violations of 4th, 5th, 6th, 8th and 14th Amendments
of the United States constitution by Falsifying
Records, Allegations, Fabrication of Evidence,
Destroying Evidence, inducing Entrapment,
Tampering with Evidence, Tampering with
Witnesses, Intimidation, Coercion, Threats,
including conspiring with other Joint -
participants Respondents to deprive petitioner
of his Constitutional Rights, Liberty and
Freedom, imposing Substential duress and
Oppression on continuous Basis.

Petitioner Unlawfully detained as Pre-trial
detainee in violations of his Substentive and Procedural
Due Process of Law and Equal protection of the Law
to his Freedom and Liberty before Trial and
his Right to a Fair Hearing and court proceedings.
Petitioner is Innocent, Actual Innocent and a
Victim in this pending False and Fabricated
Allegations by Respondents CDCR Administration,
ASP, Avenal, and its Agents on Respondents Kings County
District Attorney and its Agents. Petitioner seeks his
Immediate Release and the district court must
enjoin All State court proceedings and hold
Evidentary Hearings in this case.

CASE No:                    GROUND SIX (6)              PAGE: 11

Ground #6: UNLAWFUL AND UNCONSTITUTIONAL DEPRIVATION OF
CRITICAL AND RELEVANT EVIDENCE, RECORDS, VIDEO RECORDINGS,
COMMUNICATIONS SHOWING AND PROVING PETITIONERS ACTUAL
INNONENCE AND A VICTIM BEYOND A REASONABLE DOUBT
PRECLUDING PETITIONERS UNLAWFUL RESTRAINT IN VIOLATIONS
OF 4TH, 5TH, 6TH, 8TH and 14TH AMENDMENTS OF UNITED
STATES CONSTITUTION:

Petitioner Stipulates for the Record, that Respondents
Fresno FBI, FBI, FEDS, USDOJ and its Agents in joint Participant
with Respondents All the way Live and its Management and
Employees and Agents, All the way out Live and Respondents
CDCR Administration are in possession critical and relevant
Evidence, Records, Video Recordings, communications showing
and proving petitioner's actual Innonence and a victim beyond
a reasonable doubt since from July 11, 2007 At Avenal
State prison through April 15, 2008 inclusive to the
present. Petitioner's Hearing Aids are Video Camera/Bluetooth.
    For the Record, the most critical period of the
allege False and Fabricated Allegations is from october 15,
2007 through January 18, 2008. The Records and Evidence
will show continuous Attempted Murder on petitioner's Life
on Daily Basis, Attempted premeditated Murder by
Respondents CDCR Administration and its Agents. The events
on November 01, 2007 through November 02, 2007 on ASP. –
Avenal, Facility IV Evidence and Video communications
will show and prove that petitioner is Actually Innocent
and a victim in this False Allegation. The Failure of
above Respondents to Provide Said critical Evidence and
Video Recordings will gravely obstruct Justice, Deny –
petitioner of a Fair Trial and violated petitioner's Rights
under 4th, 5th, 6th, 8th and 14th Amends. U.S. Constitution.

CASE N°                 GROUNDS Seven (7)              PAGE: 12

Ground # 7: ILLEGAL SEIZURE AND FALSE ARREST IN
VIOLATIONS OF 4TH, 5TH, 8TH, AND 14TH AMENDMENTS
OF THE UNITED STATES CONSTITUTION:

LEGAL STANDARD: Serious Legal Questions including Questions
of Law are Review by de novo. See Hilton v. Braunskill, 481
U.S. 770, 107 S.Ct. 2113; Brown v. Allen, 344 U.S. 443, 465
73 S.Ct. 397, 411, 97 L.Ed. 469 (1953) ("Protection against
illegal custody in Habeas corpus proceeding"); Preiser v.
Rodriguez, 411 U.S 475, 485-486, 93 S.Ct. 1827, 1833-1834,
36 L.Ed.2d 439 (1973); United States v. Mett, 41 F.3d
1281, 1282 (9th Cir. 1994) ("Fed.R.App.P. 23 governs the
issue of the release or detention of a prisoner, State, or
Federal, who is collaterally attacking his or her criminal
conviction); Marino v. Vasquez, 812 F.2d 499, 508,
(9th Cir. 1987); Mapp v. Reno, 241 F.3d 221, 224-25,
(2d Cir. 2001); See also FRAP 23 (a)(b)(c)(d);

Substantive Due PROCESS OF LAW:

"The Concept of Substantive Due Process of Law....
forbids the government from depriving a person of Life,
Liberty, or Property in such a way that Shocks the
Conscience or interferes with Rights implicit in the
concept of ordered liberty." See Nunex v. City
of Los Angeles, 147 F.3d 867, 871 (9th Cir. 1998);

CASE Nº                  GROUND SEVEN (7)              PAGE : 13

"The Procedural due Process of Law protects against the deprivation of Liberty without due Process of Law. See case Wilkinson V. Austin, 545 U.S. 209, 221, 125 S.Ct. 2384, 2393 (2005). In order to invoke the protection of the due Process Clause, petitioner must first establish the existence of a interest for which the protection is sought. Id. Liberty interests may arise from the "due Process clause" it self or from State Law. Id.; "The due Process clause takes effect only if there is a deprivation of a protected interest." See Nunez V. City of Los Angeles, 147 F.3d 867, 871 (9th Cir. 1998); See also "The Eight Amendment's prohibition against cruel and unusual punishment protects prisoners not only from inhumane methods of punishment but also from inhumane conditions of confinement." See Morgan V. Morgensen, 465 F.3d 1041, 1045 (9th Cir. 2006); Hudson V. McMillian, 503 U.S. 1, 8, 112 S.Ct. 995 (1992)

In this instant Case, petitioners Rights here are Substentive and must be derive from the United States constitution and statutory provisions. petitioner Fordjour has Substential and procedural due Process of Law, Equal Protection of the Law and Liberty Interest to be free from illegal

CASE N°            <u>GROUND SEVEN (7)</u>            PAGE: 14

and unconstitutional confinement or physical Restraint on all eye Respondents Kings county Superior court proceedings, Kings county district Attorneys office and its Agents in joint participants with Respondents CDCR Administration and its Agents from Avenal State prison, Respondents James Hartley, warden, CDCR Agent Sgt Margolis, Lt. Michael J. Beers, CDCR Agent Bruce Davi, CDCR Agent Staebler and in joint participants with Federal Respondents from illegal and unlawful Seizure, and Respondents All the way Live.

Petitioner incorporates in full detail the factual Background and allegations Set forth in <u>Ground one</u> of this petition inclusive. Petitioner was subject to illegal seizure, false Arrest, False Imprisonment, Kidnapping, Entrapment, and so forth <u>all</u> in violation of 4th, 5th, 6th, 8th and 14th Amendments of the United States constitution since from April 09, 2008 illegal and forcibly illegal seizure from April 09, 2008 to the present from Santa Clara County Jail — through CDCR/ASP, Avenal and then to Respondents Kings county Sheriff department on April 15, 2008 to the present inclusive. Said illegal Search and seizure violated petitioner's substantial and seizure violated petitioner's substantial due process of law and his Rights to be <u>free</u> from unconstitutional confinements. This court must order petitioner's Immediate Release on O.R.; Including Holding Evidentiary Hearing on All issues.

1) _Same / Related issues ( N/A_
2) _Same / Related (Issues    C N/A )_
Result/Date of result: _Lacked Authority and Jurisdiction to Address Saint_
_Legal questions, constitutional and legal issues_
FOURTH ADMINISTRATIVE APPEAL          Level of appeal: _N/A_
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _N/A_

(11)    Is the grievance process completed?    Yes (X)    No ( )

## PREVIOUS PETITIONS

(12)    Have you filed previous petitions for habeas corpus under 28 U.S.C. § 2241 or 28 U.S.C. § 2255, or any other applications, petitions or motions with respect to the claims raised in Question #9 of this petition?

Yes ( )        No (X)

(13)    If your answer to Question #12 was yes, give the following information for *each* previous petition:

FIRST PREVIOUS PETITION
Name of court: _N/A_
Nature of proceeding: _____
Grounds raised (list each):
1) _N/A_
2) _____
Result/Date of result: _____

SECOND PREVIOUS PETITION
Name of court: _N/A_
Nature of proceeding: _____
Grounds raised (list each):
1) _N/A_
2) _N/A_
Result/Date of result: _28 USC § 2241 is Appropriate Remedy for Pre-trial detention_

(14)    If the claims raised in Question #9 of this petition concern your conviction or sentence, explain why you are filing your petition pursuant to § 2241 instead of § 2255. _This petition concerns pre-trial detention, enjoinment of state court proceedings in violation of substantial and procedural due process of law and Equal protection of the law. Several legal questions and issues on kidnapping, false imprisonment, false arrest, malicious prosecution, vindictive prosecution, illegal seizure, entrapment, conspiracy to commit Murder, attempted Murder on bodily Body, torture etc. See / 28 USC § 2241 (c) (1) (2) (3) (4) (5)._

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY
Page 4 of 5

(15)    Are you presently represented by counsel?

Yes ( )          No (X)

If so, provide your attorney's name, address, and telephone number: _N/A_
_Requesting Appointment of cumfel pursuant to_
_18 U.S.C. § 3006 A and Applicable Statute_

(16)    If you are seeking leave to proceed *in forma pauperis*, have you completed the application setting forth the required information?

Yes (X)          No ( )

Note: If your answer is no, you must send a $5.00 filing fee to the court with your petition.

*Application for In forma pauperis*
*Attached / Submitted Herein*
*I am Indigent and I am entitled to*
*Redress and Relief, on Emergency Basis.*

_IN GOOD FAITH AND IN THE INTEREST OF JUSTICE THE COURT SHOULD_
_GRANT PETITIONER O.R. RELEASE PURSUANT TO FRAP 23 AND_
_28 U.S.C. § 2241; AND HOLD EVIDENTIARY HEARING PROCEEDINGS._
WHEREFORE, petitioner prays that the court grant petitioner relief to which he may be entitled in this
proceeding. _{INCLUDING ISSUING WRIT PURSUANT TO FRAP 23(a)(b)(c)(d) } for_
_his Emergency Release; (2) Enjoin State court proceedings; (3) Grant_
_TRO / Preliminary Injunction (4) All writ Act § 1651 (5) Declaratory Judgment_
I declare (or certify, verify, or state) under penalty of perjury that the foregoing is true and correct.

_MAY 21, 2008_
_____
(Date)

_____
(Signature of Petitioner)
_CHARLES FORDJOUR - PETITIONER_
_IN PRO PER_

_____
(Signature of Attorney, if any)
_CHARLES FORDJOUR - Petitioner_
_in pro per_

PETITION FOR WRIT OF HABEAS CORPUS PURSUANT TO 28 U.S.C. § 2241 BY A PERSON IN FEDERAL CUSTODY

Page 5 of 5

*Judgment is reversed*

# IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
## SIXTH APPELLATE DISTRICT

ORIGINAL

**DISPOSITION**

The judgment is reversed with instructions to permit defendant to present his motion to withdraw his plea in propria persona." If that motion is denied, the judgment shall be reinstated. If it is granted, the court shall permit defendant to withdraw his plea and proceed as if the plea had not been entered.

Office of the County Clerk
Santa Clara County Superior Court
191 North First Street
San Jose, CA 95113

# F I L E D

DEC 0 6 2007

**KIRI TORRE**
Chief Executive Officer/Clerk
Superior Court of CA County of Santa Clara

BY _____ DEPUTY
M. McCormic

RE:    THE PEOPLE,
       Plaintiff and Respondent,
       v.
       CHARLES ASARE FORDJOUR,
       Defendant and Appellant.

H030466
Santa Clara County No. 197498

## * * REMITTITUR * *

I, MICHAEL J. YERLY, Clerk of the Court of Appeal of the State of California, for the Sixth Appellate District, do hereby certify that the attached is a true and correct copy of the original opinion or decision entered in the above-entitled cause on October 03, 2007, and that this decision has now become final.

Costs are not awarded in this proceeding

Witness my hand and the seal of the Court affixed at my office on **DEC - 4 2007**

MICHAEL J. YERLY, Clerk

By: _____ K. BROOKS
                              Deputy

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Receipt of the original remittitur in the above case is hereby acknowledged.

Dated:                          County Clerk

                                By:

                                        Deputy

*EXHIBIT 1*

*Judgment's Reversed*

7

IN THE COURT OF APPEAL OF THE STATE OF CALIFORNIA
SIXTH APPELLATE DISTRICT

**ORIGINAL**

Office of the County Clerk
Santa Clara County Superior Court
191 North First Street
San Jose, CA 95113

DISPOSITION

The judgment is reversed and the matter is remanded with directions to hold a hearing on defendant's *Marsden* motion concerning Attorney Owens. If defendant makes a prima facie showing of ineffective assistance of counsel in connection with the matters entrusted to Ms. Owens, the court shall appoint new counsel to assist him for this purpose. If he fails to make the requisite showing, the court shall reinstate the judgment.

**FILED**

JUN 1 9 2006

KIRI TORRE
Chief Executive Officer/Clerk
Superior Court of CA, County of Santa Clara
BY R. GIVENS, DEPUTY

RE:    THE PEOPLE,
              Plaintiff and Respondent,
          v.
       CHARLES PJARE FORDJOUR,
              Defendant and Appellant.
       H027293
       Santa Clara County No. 197498

* * REMITTITUR * *

I, MICHAEL J. YERLY, Clerk of the Court of Appeal of the State of California, for the Sixth Appellate District, do hereby certify that the attached is a true and correct copy of the original opinion or decision entered in the above-entitled cause on February 9, 2006, and that this decision has now become final.

Costs are not awarded in this proceeding

Witness my hand and the seal of the Court affixed at my office on    JUN 1 6 2006

MICHAEL J. YERLY, Clerk

By: _____

Deputy

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -

Receipt of the original remittitur in the above case is hereby acknowledged.

Dated:                                              County Clerk

                                    By:

                                              Deputy

*Exhibit 1 A*

**ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE
SINGLE, CONCURRENT OR FULL-TERM CONSECUTIVE COUNT FORM**
[Not to be used for multiple count convictions or for 1/3 consecutive sentences.]     CR-290.1

| SUPERIOR COURT OF CALIFORNIA, COUNTY OF **SANTA CLARA** | | |
|---|---|---|
| BRANCH OR JUDICIAL DISTRICT **HOJ** | | |

| PEOPLE OF THE STATE OF CALIFORNIA vs. DEFENDANT: **CHARLES ASARE FORDJOUR** | DOB: **09-18-64** | CASE NUMBER **197498** |
|---|---|---|

AKA: **Charles Pjare Fordjour**

CII#:

BOOKING INFORMATION: PFN DMM637   CEN: **96529805**

☐ NOT PRESENT

| COMMITMENT TO STATE PRISON ABSTRACT OF JUDGMENT | ☐ AMENDED ABSTRACT |
|---|---|

| DATE OF HEARING **03-18-2004** | DEPT. NO. **31** | JUDGE **KEVIN J. MURPHY** |
|---|---|---|
| CLERK **P. COOPER** | REPORTER **T. HOLLAND** | PROBATION NUMBER OR PROBATION OFFICER **D. KILMER** |
| COUNSEL FOR PEOPLE **D. BOYD** | ☐ State Attorney General | COUNSEL FOR DEFENDANT ☒ APPTD. **T. TERRY FOR OWENS AND B. KOLLER FOR SENTENCE.** |

1. Defendant was convicted of the commission of the following felony:

| CNT. | CODE | SECTION NO. | CRIME | YEAR CRIME COMMITTED | DATE OF CONVICTION (Month/Date/Year) | CONVICTED BY Jury | CONVICTED BY Court | CONVICTED BY Plea | TERM L, M, U | TIME IMPOSED YRS. | TIME IMPOSED MOS. |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | PC | 532 | Obtaining Money, Property or Labor by False Pretenses | 1996 | 09-22-97 | | | X | U | 3 | 0 |

2. ENHANCEMENTS charged and found to be true TIED TO SPECIFIC COUNTS (mainly in the PC 12022 series). List each count enhancement horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENTS.

| COUNT | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|---|
| | | | | | | | | | |

3. ENHANCEMENTS charged and found to be true FOR PRIOR CONVICTION OR PRISON TERMS (mainly in the PC 667 series). List all enhancements horizontally. Enter time imposed for each or "S" for stayed. DO NOT LIST ANY STRICKEN ENHANCEMENTS.

| ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | ENHANCEMENT | Y/S | TOTAL |
|---|---|---|---|---|---|---|---|---|
| | | | | | | | | |

4. ☐ Defendant was sentenced pursuant to PC 667 (b)-(i) or PC 1170.12 (two-strikes).

5. FINANCIAL OBLIGATIONS (including any applicable penalty assessments):
Restitution Fine of: $_____ per PC 1202.4(b) forthwith per PC 2085.5; $_____ per PC 1202.45 suspended unless parole is revoked.
Restitution per PC 1202.4(f): ☒**22,144** / ☐ Amount to be determined   to: ☐ victim(s)* ☐ Restitution Fund
(*List victim name(s) if known and amount breakdown in item 7, below.)
Fine(s) [PA included]: $_____ per PC 1202.5.   $_____ per VC 23550 or _____ days ☐ county jail ☐ prison in lieu of fine ☐ CC ☐ CS
Lab Fee $_____ per HS 11372.5(a) for counts _____. ☐ Drug Program Fee of $150+ PA_____ per HS 11372.7(a).

6. TESTING:   a. ☐ AIDS pursuant to PC 1202.1   b. ☐ DNA pursuant to PC 296   c. ☐ other *(specify):*
Other orders *(specify):* PROBATION DENIED. 1706CCP COURT FINDS NOT TIMELY. ADV OF 3 YEARS PAROLE/APPEAL RIGHTS.
Restitution: Victim: Toshiba.

| 8. | TOTAL TIME IMPOSED excluding county jail term: | 3 | 0 |
|---|---|---|---|

9. ☐ This sentence is to run concurrent with *(specify):*

10. Execution of sentence imposed
   a. ☒ at initial sentencing hearing.                    d. ☐ at resentencing per recall of commitment. (PC 1170(d).)
   b. ☐ at resentencing per decision on appeal.           e. ☐ other *(specify):*
   c. ☐ after revocation of probation.

| 11. | DATE SENTENCE PRONOUNCED **03-18-2004** | CREDIT FOR TIME SPENT IN CUSTODY | TOTAL DAYS: **499** INCLUDING: | ACTUAL LOCAL TIME **333** | LOCAL CONDUCT CREDITS **166** | ☒ 4019 ☐ 2933.1 | SERVED TIME IN STATE INSTITUTION (number of days) ☐ DMH   ☐ CDC   ☐ CRC |
|---|---|---|---|---|---|---|---|

12. The defendant is remanded to the custody of the sheriff ☒ forthwith ☐ after 48 hours excluding Saturdays, Sundays, and holidays.
To be delivered to: ☒ reception center designated by Director, California Department of Corrections.
☐ Other *(specify):*

CLERK OF THE COURT:   I hereby certify the foregoing to be a correct abstract of the judgment made in this action.

| DEPUTY'S SIGNATURE **Catalina Lira-Nevius**   *Catalina Lira Nevius* | DATE **March 19, 2004** |
|---|---|

*This form is prescribed under PC 1213.5 to satisfy the requirements of PC 1213 for determinate sentences. Attachments may be used but must be referred to in this document.*

| Form Adopted for Mandatory Use Judicial Council of California CR-290.1 [Rev. January 1, 2003] | ABSTRACT OF JUDGMENT – PRISON COMMITMENT – DETERMINATE SINGLE, CONCURRENT, OR FULL-TERM CONSECUTIVE COUNT FORM | Penal Code §§ 1170, 1213, 1213.5 |
|---|---|---|

*EXHIBIT 1B*

**464**

SUPERIOR COURT
190 W. HEDDING STR
SAN JOSE, CA 95110

CASE NO.    197498
CEN    96329805

PLE VS.    CHARLES AGARE FORDJOUR
A.    630    SANSOME ST
SAN FRANCISCO, CA 94111

DATE    03/27/2008    9:00 AM DEPT. 30
09/18/1964 CAC29005/71    CDY BK:N
CLERK    S.LARIOS    DMMI637 M
HEARING    HEARING ON MOTIONS

GE    HON. RONALD T. LISK    DV:    AGENCY    SV-04316-76653-AC UN
PORTER    G.MASAKI    CHILD:    STATUS    I-SET —NBA    TW    Y

F. ATTY.    PRO PER    D.A.    APO

ARGES    F(001) PC532    VIOLATION DATE    03/27/1996

-28-08 1:30 D27 > RAS
-27-08 9:00 D27 > RAS

NEXT APPEARANCE

☑ Defendant Present ☐ Not Present    ☐ Atty Present ___ AD / PD / Legal Aide / Special App
☐ Arr'd ☐ Adv ☐ Arr Wav ☐ Amend Comp/Info ☐ Arr ☐ Plea ☐ IDC ☐ PTC ☐ Prob /.Sent  ☐ Interpreter ___ ☐ Sworn
☐ PC977 ☐ Filed ☐ On File ☐ Reptr. Adv / Wav ☐ Bail/ OR/ SORP ☐ Rect Dr Rpt ☐ FAR/ ERC  ☐ Bail Apply ☐ Balance Exonerated
☐ NG ☐ Entered by CRT ☐ NGBRI / Adv    ☐ PSet ☐ Prelim ☐ Readiness ☐ S / B MTC  ☐ Bail Exonerated ☐ Forfeited    Bond #___
☐ Denies Priors/ Allegations/ Enhancements/Refusal ☐ Further ☐ Jury ☐ CT ☐ Pso / Def Wav Jury  ☐ Reassumption Filed ☐ Forfeiture Set Aside ☐ Bail Rein
☐ TW ☐ TWI ☐ TW / WD ☐ TW Sentence    ☐ Ref'd ___ ☐ $ ___ Costs Within 30 Days to Court
☐ Ref / Appt PD / AD / Legal Aide ☐ Conflict Decl ☐ APO / Prop 36 ☐ P36 Re-Assm't  SORP / OR ☐ Revoked ☐ Reinstated ☐ May Post & Forfeit
☐ Relieved ___ Appt'd ___  ☐ Crim Proc Susp ☐ Rein  ☐ BW Ordered $ ___ ☐ Stayed ☐ To Issue
☑ Hrg on Motion _To be relised OR_  ☐ Doubt Decl Pursuant PC 1368  ☐ No Cite-Release/SCIT ☐ No Request ☐ Cash Only
☐ Granted ☑ Denied ☐ Submitted ☐ Off Cal  ☐ Subm on Report ☐ Found ___  ☐ BW Set Aside ☐ Recalled ☐ Filed
☐ Stip to Comm ☐ Drs. Appointed ___  ☐ Max Term ___ ☐ Committed ___  ☐ Proof of _Deft Amend..._
☐ Prelim Wav ☐ Certified to General Jurisdiction ☐ MDA / COM Amended to ___
☐ Amended to ___ (M) VC12500(a) / VC23103(a) ☐ Pur VC23103.5 ☐ DA Stmt Filed   Other:  _In Camera hearing held_
PLEA Conditions: ☐ None ☐ No State Prison ☐ PC17 after 1 Yr Prob ☐ Includes VOP ___ ☐ Add to Cal
☐ Jail / Prison Term of _D renews his request for a black writing Pen- Denied_
☐ Dismissal / Striking ___  ☐ Subm Time of Sent ☐ Harvey Stip.
☐ Adv ☐ Max Pen ☐ Parole/Prob ☐ Appeal ☐ Immig ☐ Reg PC290/HS11590/PC457.1/PC186.30 ☐ Future Serious Felony ☐ PC12021 (110) ☐ VC14607.8/PC66
☐ Wav Right to ☐ Counsel ☐ Court / Jury Trial ☐ Subpoena / Confront / Examine Witnesses ☐ Self-Incrimination ☐ Written Waiver filed ☐ Plea / Absentia filed
☐ COP ☐ GUILTY ☐ NOLO CONTENDERE to charges & admits enhancements / allegations / priors ☐ PC17 ☐ Arbuckle ☐ Factual Basis found ☐ Findings stated
☐ Prop 36 Granted / Unamenable / Refused / Term ☐ DEJ Eligibility Filed ☐ DEJ Granted / Rein / Term   Fee $___  ☐ Guilty Plea Rendered
☐ Waives Referral ☐ Ref'd to APO Full Rpt ☐ PROBATION DENIED    FINES/FEES:  PAY TO ☐ Ref to DOR ☐ COURT ☐ TODAY
☐ Sentenced to ___ State Prison/County Jail ☐ Sent Suspended ___  COUNT ___ $___ + PA $___  ☐ Purs HS11350d
☐ PROBATION ☐ Execution ☐ Imposition of sentence suspended for probation period  COUNT ___ $___ + PA $___
☐ COURT ☐ FORMAL PROBATION GRANTED for ___ Days / Mos / Yrs  AIDS / CPP $___ + PA $___
☐ Report to APO within ___ Days ☐ Terminated ☐ Upon Release  DPF $___ + PA $___
☐ Perform ___ Hrs Volunteer Work as directed PO / SAP / CAP ☐ In lieu of fine  LAB $___
☐ Not drive w/o valid DL & Ins ☐ Adv VC23600 ☐ HTO ☐ Delete FOP/MOP  DRF /RF $___  Add'l RF $___  Susp'd PC1202.45
☐ MOP ☐ FOP ☐ 12 hrs ☐ 3 mos ☐ 6 mos  Enroll within ___ days  AEF $___  Original Fine $___
☐ DL Susp/ Restr'd/ Rvk'd for ___ ☐ To, from, during Work/AlcoPrg/Jail/Sch/App  SECA $___  CTS PC2900.5 $___
☐ IID Not/Ordered/ Rmv'd Term ___ Yrs ☐ DSA thru APO / DOR / CRT ☐ Filed  NC $___  TOTAL DUE $___
☐ No contact with victim or family / co-defts unless appr by APO ☐ PC1202.05  ASF /CPF $___  Payments Granted / Modified
☐ DVPO Issued / mod /term'd Exp ___ ☐ Victim Present  AR $___ / Mo beginning ___
☐ Not own/possess deadly weapons ☐ Destroy / Return Weapon  SHELTER $___  FINE STAYED
☐ Submit Search/Testing ☐ Educ/Voc Trng/Empl ☐ No alcohol / drugs or where sold  DV $___  Committed ☐ $___/day ☐ May Pay Out
☐ Substance Abuse, DV, Psych, Parenting, Anger Mgmt, Theft cnsl / prgm  ATTY $___  Consec/Conc to ___
☐ PC296 (DNA) ☐ PC1202.1 HIV Test / Education  ___ Fine / Fees ☐ Deemed Satisfied ☐ Commute
VOP: ☐ Wav ☐ Arr'd ___ ☐ Admits/Denies Viol ☐ Court Finds VOP / No VOP  P/INVEST $___ ☐ P/SUP $___ /Mo ☐ Waived
Prob Rein / Mod / Term'd / Revoked / Remains Revoked / Ext to ___  CJAF $___
☐ Original Terms & Conditions Except as Amended herein  ☐ Restitution $___ to ___
☐ Co-terminous with ___  ☐ No Further Penalties / Reviews  ☐ To be determined by APO/Court ☐ Referred to VWAC ☐ Collect Civilly
JAIL/PRISON ☐ See Attachm't Pg for Add'l Orders, Charges, PC1385 Reasons _Request for Supplies -Granted_ County Jail

| Count | F/M | Violation | Prison Term / Yrs | Enhancement / Priors | Yrs / Styd / Strkn | HRS / DAYS / MOS |
|---|---|---|---|---|---|---|

_Court approves the following supplies: 40 1st class stamps,_
_3 legal envelopes, 3 manila envelope, 4 writing pads. D advised not to file any more motion Possible_
_advised of rights_

| Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Enhancement | Yrs/S | Total |
|---|---|---|---|---|---|---|---|---|

CTS ___ ACT + ___ ☐ PC4019 ☐ PC2933.1 = ___ TOTAL DAYS ___  TOTAL TERM ___
☐ Straight time ☐ In Camp ☐ WWP ☐ PC1209 Fees ☐ Waived ☐ Court Rec ___ All / Except ☐ EMP/PSP/WF/ERP/DRP/Co Parole/NP ___
☐ Sent Deemed Served ☐ Rpt to Local Parole ☐ Adv of ___ Yrs Parole/Appeal Rights ☐ Consec ☐ Conc to ___
☐ Bal CJ Susp ☐ All but ___ Hrs/Days/Mos ☐ On Cond Complete Residential Treatment Prgm ☐ Serve Consec MO/TU/WE/TH/FR/SA/SU ___
☐ Pre-process ___ AM/PM ☐ Stay / Surrender / Transport to ___ @ ___ AM/PM or Sooner
☐ REMANDED-BAIL $___ ☐ NO BAIL ☐ COMMITTED ☐ RELEASED ☐ OR ☐ SORP ☐ DOC TO CONTACT JAC FOR ASSM'T ☐ P36
☐ AS COND OF SORP ☐ BAIL INCREASED / REDUCED ☐ TO PRGM AS REC BY JAC-DOC TO TRANSPORT FOR BALANCE OF JAIL. ☐ UPON AVAIL BED

STATE OF CALIFORNIA
**NOTICE OF RELEASE**
CDC 863 (Rev 07/04)

DEPARTMENT OF CORRECTIONS

# NOTICE OF RELEASE

TO:

| SANTA CLARA COUNTY D.A.<br>SANTA CLARA COUNTY S/O<br>CONTRA COSTA COUNTY D.A.<br>CONTRA COSTA COUNTY P.D.<br>PINOLE POLICE DEPARTMENT |
|---|

FROM:

| AVENAL STATE PRISON<br>P O BOX 8<br>AVENAL, CA 93204 |
|---|

The below identified inmate/parole violator is scheduled for release to parole. This notification is provided pursuant to Penal Code Section:

☐ 3058.6    ☐ 3058.9    ☐ 3058.61    ☒ 3060.6    ☐ 290
                                          (see attached)

If you have any questions regarding this notification or wish to make written comments regarding this release, please contact the Regional Parole Administrator:

| PAROLE ADMINISTRATOR | LYNDA D. WARD<br>PAROLE & COMMUNITY SERVICES DIVISION |
|---|---|
| ADDRESS | REGION 2<br>1515 CLAY STREET, 10TH FLOOR |
| CITY | OAKLAND, CA 94612 |
| TELEPHONE NUMBER | 510-622-4701 |

**Comments will be reviewed and if necessary, appropriate action will be taken. You shall be advised of any decision.**

| INMATE/PAROLEE NAME | | CDC NUMBER |
|---|---|---|
| FORDJOUR, CHARLES | | V28028 |

| DATE OF RELEASE<br>12-17-07<br>The date may change by 1-2 days pursuant to PC 3060.7 | DATE OF BIRTH<br>09-18-61 | SID/CII NUMBER<br>A08118829 |
|---|---|---|

| STREET ADDRESS AND CITY (if the proposed residence is known)<br>UNDETERMINED | TELEPHONE NUMBER (if known)<br>UNDETERMINED |
|---|---|

| PAROLE UNIT AND STREET ADDRESS INCLUDING CITY<br>RICHMOND 2555 EL PORTAL DRIVE, STE. B. SAN PABLO, CA 94806 | | |
|---|---|---|

| REGISTRATION REQUIREMENT:<br>☐ PC 290   ☐ H&S 11590   ☐ PC 457.1 | COUNTY OF COMMITMENT FOR VIOLENT OFFENSE | CASE NUMBER & OFFENSE<br>SEE ATTACHED |
|---|---|---|

| Height/PC290 | Weight/PC290 | Eye Color/PC290 | Hair Color/PC290 | COMMENT |
|---|---|---|---|---|
| 602 | 210 | BRO | BLK | |

| NOTICE COMPLETED BY<br>A. M. CHAMPION | TITLE<br>OFFICE ASSISTANT (T) | DATE COMPLETED<br>12-11-2007 |
|---|---|---|

| FACILITY / REGION<br>Avenal State Prison / Region I | TELEPHONE NUMBER<br>(559) 386-0587 |
|---|---|

DISTRIBUTION:
ORIGINAL – ADDRESSEE
CANARY – CENTRAL FILE
PINK – INMATE/PAROLE VIOLATOR
GOLD – DOJ FOR PC 290 ONLY

*EXHIBIT 2*

1  Charles Fordjour
2  08004258
3  Santa Clara County Jail
4  885 North San Pedro Street
   San Jose, CA 95110
5
6  PETITIONER IN PRO PER
7
8      SUPERIOR COURT OF THE STATE OF CALIFORNIA
9          FOR THE COUNTY OF KINGS
10
11  Charles Fordjour,          ) CASE №
12         petitioner/defendant,
13                              ) "DECLARATION IN SUPPORT FOR
14      Vs.                     ) RELEASE ON OWN RECOGNIZANCE
15                              ) ON PETITION FOR WRIT OF
16  Laurie Smith - Sheriff, Santa ) HABEAS CORPUS "
17  Clara county ; Allen McClain-
18  Sheriff - Kings county ;
19  State of California ;
20         Respondents/plaintiffs.
21
22
23  I, Charles Fordjour, declare:
24  (1) I am the petitioner in the above-entitled case or
25  matter and I have been continuously in custody since
26  the date of my arraignment.
27
28
                    (1)

        EXHIBIT 3

(2) Bail has been fixed in the sum of $100,000.00 and or NO Bail Hold and I am unable to post such Bail.

(3) That I have been a resident of the State of California for approximately thirty years.

(4) That I have family in the Northern California, including children.

(5) That my Release is urgent due to family Hardship.

(6) That I am innocent, and I am entitled to effective Defense and Redress.

(7) That when released on Own Recognizance or on reasonable bond I will Comply with Conditions as ordered by the court.

(8) That I have been on bail and/or O.R. Release on other occasions in the past and to my collection have never willfully failed to Appear except where I was ill or in Custody.

(9) That I have been subjected to Serious imminent danger to my Life including High Stress Levels and Depression. including High Blood pressure which requires Medical Attention.

(10) That my Release is urgent due to Hardship to my family and children.

(2)

(11) That I have an active and on-going relationship with each of my children. That I am, and continue to be, actively involved in their educational — Activities, and family activities via communication.

(12) That I do not require to be in custody to attend any court proceedings, and that As a matter of Law, I am entitled to Release on my own Recognizance and/or a Reasonable Bond.

(13) I declare that I am indigent and I am unable to post Bail except Release on my own Recognizance.

(14) That I can also be considered for other Reasonable Bail installment upon Release or other Release programs such as Third party Release and so forth, or condition of bail in a Limited time frame or Temporary status, to allow — petitioner to petition the court to Lift any Condition of Bail, in due course.

(15) That I am not a flight risk of any kind and have appeared before the court on approximately three occasions in the related case court proceedings.

        For the foregoing Reasons, I declare that the following Statements are true and correct to the best of my knowledge and believe under the laws of State of California.

Dated: January 31, 2008          By: _____
                                     CHARLES FORD JOUR-Petitioner

CERTIFICATE OF SERVICE:

Copy of the foregoing "petition for Writ of Habeas Corpus" and "declaration in support of O.R. Release and Writ" were mailed via United States Postal Service, postage prepaid on January 31, 2008 pursuant to FRAP 25(a), Mailbox Rule, and 28 U.S.C § 1746 as follows:

(1) Attn: Todd H. Barton, Clerk
    The clerk of the Court
    Superior Court of California
       County of Kings
       Hanford Division
    1426 South Drive
    Hanford, CA 93230
    (559) 582-1010

By: _____

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

Sacramento Clerk's Office
501 "I" Street , Suite 4–200
Sacramento, CA 95814
916–930–4000

Fresno Clerk's Office
2500 Tulare Street , Suite 1501
Fresno, CA 93721
559–499–5600

**June 10, 2008**

Case Number:  1:08–CV–00731–AWI–TAG

Case Title:    **CHARLES FORDJOUR,**          vs.  **ROBERT MUELLER III, ET AL.,**

Dear Litigant,

You are hereby notified that the above case number has been assigned to your
action.  You are to include it on all correspondence (e.g., letters, filings, and inquiries)
sent to the court. Failure to do so results in delayed processing of your documents.

All matters in this action shall be sent to the following address until further notice:

**Office of the Clerk**
**United States District Court**
**Eastern District of California**
**2500 Tulare Street , Suite 1501**
**Fresno, CA 93721**

For timely processing of your filings or correspondence, please comply with our
Local Rules of Court, in particular:

Local Rule 5–133 (modified) You are not required to send this court an original plus one copy of all
documents submitted for filing (e.g., pleadings, motions, correspondence, etc.).  You are only
required to send this court the original for filing.  No extra copies are required.  However, if you
desire to receive a conformed copy for your records, you must send the original plus one (1) copy and
a pre–addressed postage–paid envelope for us to return your copy to you.

Local Rules 30–250, 33–250, 34–250 and 36–250 Discovery requests or responses
should not be submitted to the court unless they are relevant and necessary to support or
oppose a motion at issue before the court.

Local Rule 5–135 Once the defendant(s) have served a responsive pleading, you are
under an ongoing duty to serve them with copies of all documents you submitted to the court.
A proof of service shall be attached to the original of any document lodged or filed with the
court, showing the date, manner and place of service.  A sample proof of service is
attached.

**Local Rule 7−130 (modified)** Documents submitted to this court may be either typewritten or handwritten but must be legible, and writing shall be on one (1) side of the page only.

**Local Rule 7−132** Every document submitted to the court must include your name, address and prisoner identification number in the upper left hand corner of the first page.

**Local Rules 83−182** Each party appearing in propria persona is under a continuing duty to notify the Clerk and all other parties of any change of address by filing separate notice; absent such notice, service at prior address shall be fully effective. A sample Notice of Change of Address form is attached.

**Other Provisions:**
A complete copy of the Local Rules should be available in the prison library.  We do not provide individual copies to litigants.

**Request for Case Status** The court will notify you as soon as any action is taken in your case.  Due to the large number of civil actions pending before the court, THE CLERK IS UNABLE TO RESPOND IN WRITING TO INDIVIDUAL INQUIRES REGARDING THE STATUS OF YOUR CASE. As long as you keep the court apprised of your current address, you will receive all court decisions which might affect the status of your case.

**Copy Work** The Clerk's Office does not provide copies of documents to parties. Copies of documents may be obtained from the Attorney's Diversified Service (ADS) by writing to them at: 741 N. Fulton Street, Fresno CA 93728, or by phoning 800−842−2695. The court will provide copies of docket sheets at $0.50 per page.   Note: In Forma Pauperis status does not include the cost of copies.

**Proposed Orders** Parties are not required to submit a proposed order when filing a motion. If a proposed order is submitted, the court may disregard the order and prepare its own order.

As noted, the requirements set forth in Local Rule 5−135 and 7−130 have been modified in this letter. These modifications apply to civil rights and habeas cases filed in the Fresno Division of the Eastern District of California by prisoners proceeding pro se (without counsel).

> Victoria C. Minor
> Clerk of Court
> United States District Court
>
> by:  /s/  C. Esteves _____
>
> Deputy Clerk

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA

_____

v.                                              **Case Number:**

_____

                                                **PROOF OF SERVICE**

_____ /

**I hereby certify that on** _____**, I served a copy**

**of the attached** _____,

**by placing a copy in a postage paid envelope addressed to the person(s) hereinafter**

**listed, by depositing said envelope in the United States Mail at**

_____ :

**(List Name and Address of Each**
**Defendant or Attorney Served)**

**I declare under penalty of perjury that the foregoing is true and correct.**

_____

**(Signature of Person Completing Service)**

Name:_____

I.D. #:_____

Address _____

_____

_____

## IN THE UNITED STATES DISTRICT COURT

## FOR THE EASTERN DISTRICT OF CALIFORNIA

_____
(Plaintiff/Petitioner)

v.                                                    **Case Number:**

_____
(Defendant(s)/Respondent)

                                                     **NOTICE OF CHANGE**
                                                     **OF ADDRESS**

_____ /

**PLEASE TAKE NOTICE THAT (print name)**  _____

hereby submits a notice of change of address in the above − entitled case as follows:

**OLD ADDRESS:**  _____

_____

**NEW ADDRESS:**  _____

_____

DATED: _____          _____

                                          **Signature of Plaintiff/Petitioner**

**YOU MUST FILE AN ORIGINAL CHANGE OF ADDRESS**
**FORM IN EACH OF YOUR OPEN CASES**

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

__CHARLES FORDJOUR,_____     Case No.   1:08−CV−00731−AWI−TAG_____
Plaintiff(s)/Petitioner(s),

                                        ORDER RE CONSENT
vs.                                 OR REQUEST FOR REASSIGNMENT

__ROBERT MUELLER III, ET AL.,_____
Defendant(s)/Respondents(s).

      This case was randomly assigned to Magistrate Judge Theresa A. Goldner. Without the written consent of the parties presently
appearing pursuant to 28 U.S.C Sec. 636(c), a magistrate judge cannot conduct all proceedings and enter judgment in this case with direct
review by the Ninth Circuit Court of Appeals, in the event an appeal is filed. If a party declines to consent and the case is assigned to
a district judge, the assigned magistrate judge shall continue to perform all duties as required by Eastern District Local Rule 72−302.

      Accordingly, within 30 days, the parties shall complete and return this form to the court.

IT IS SO ORDERED.

Dated: _____6/10/08_____              _____/s/ − Theresa A. Goldner_____
                                                United States Magistrate Judge

> **IMPORTANT:** You must check and sign only one section of this form and return it to the Clerk's Office within 30 days. The complaint/petition will not be reviewed by the court until plaintiff/petitioner has signed and returned this form. Note: This form must be completed and returned regardless of the choice exercised by any other party.

---

☐     ___*CONSENT* TO JURISDICTION OF UNITED STATES MAGISTRATE JUDGE___

The undersigned hereby voluntarily consents to have a United States Magistrate Judge conduct all further proceedings in this case.

     Date: _____           Signature: _____

                                    Print Name: _____
                                    ( ) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

---

☐     ___*DECLINE* OF JURISDICTION OF UNITED STATES MAGISTRATE JUDGE AND___

           ___REQUEST FOR REASSIGNMENT TO UNITED STATES DISTRICT JUDGE___

The undersigned declines to consent to the United States Magistrate Judge assigned to this case and requests random assignment to a
United States District Judge.

     Date: _____           Signature: _____

                                    Print Name: _____
                                    ( ) Plaintiff/Petitioner ( ) Defendant/Respondent ( ) Counsel for *

---

*If counsel of record, list name of each party responding: _____
_____

CLOSED, E-Filing, HABEAS, ProSe

# U.S. District Court
## California Northern District (San Francisco)
## CIVIL DOCKET FOR CASE #: 3:07-cv-03044-MMC
## Internal Use Only

Fordjour v. Ayers et al
Assigned to: Hon. Maxine M. Chesney
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 06/12/2007
Date Terminated: 06/20/2007
Jury Demand: None
Nature of Suit: 530 Habeas Corpus (General)
Jurisdiction: Federal Question

**Petitioner**

**Charles Fordjour**

represented by **Charles Fordjour**
San Quentin State Prison
V28028
100 Mail Street
San Quentin, CA 94964
PRO SE

V.

**Respondent**

**Warden Robert L. Ayers**

**Respondent**

**Board of Prison Hearings**
*(BPH)*

**Respondent**

**State of California**

| Date Filed | # | Docket Text |
|---|---|---|
| 06/12/2007 | 1 | PETITION for Writ of Habeas Corpus (No Process): (IFP Pending). Filed byCharles Fordjour. (aaa, Court Staff) (Filed on 6/12/2007) Modified on 7/5/2007 (aaa, Court Staff). **Fee Paid on 07/03/07** (Entered: 06/13/2007) |
| 06/12/2007 | 2 | MOTION for Leave to Proceed in forma pauperis filed by Charles Fordjour. (aaa, Court Staff) (Filed on 6/12/2007) (Entered: 06/13/2007) |
| 06/12/2007 | 3 | Letter from Clerk requesting a signed and completed IFP application or filing fee of $5.00. (aaa, Court Staff) (Filed on 6/12/2007) (Entered: 06/13/2007) |
| 06/12/2007 | | CASE DESIGNATED for Electronic Filing. (aaa, Court Staff) (Filed on 6/12/2007) (Entered: 06/13/2007) |
| 06/20/2007 | 4 | ORDER OF DISMISSAL; GRANTING LEAVE TO PROCEED IN FORMA PAUPERIS. Signed by Judge Maxine M. Chesney on June 20, 2007. (mmcsec, COURT STAFF) (Filed on 6/20/2007) (Entered: 06/20/2007) |
| 06/20/2007 | 5 | JUDGMENT: DECISION BY COURT in favor of Respondent(s) against Petitioner(s). IT IS |

| | | |
|---|---|---|
| | | SO ORDERED AND ADJUDGED the instant petition for a writ of habeas corpus is hereby DISMISSED, without prejudice to petitioner's refiling his claims after all state court post-conviction challenges to petitioner's conviction have been completed and all claims petitioner wishes to raise in federal court have been exhausted in accordance with 28 U.S.C. 2254(b)-(c). (aaa, Court Staff) (Filed on 6/20/2007) (Entered: 06/22/2007) |
| 07/03/2007 | | Filing fee: $ 5.00, receipt number 34611007941. (aaa, Court Staff) (Filed on 7/3/2007) (Entered: 07/05/2007) |
| 07/06/2007 | 6 | Prisoner Trust Fund Account Statement by Charles Fordjour. (aaa, Court Staff) (Filed on 7/6/2007) (Entered: 07/10/2007) |

# Pro Se "Three Strikes" Database

Home   Litigants   My Profile   Reports          FAQ   Documentation   Log off

*Welcome, Loreta*

## Litigant Information

| | |
|---|---|
| Edit Litigant Info |
| Add Case/s for Litigant |

**Litigant Information**                             ☑ Three Strikes

**Name:**    Fordjour, Charles        **AKAs:**

**Date of Birth:**                **Prison IDs:**

**Notes:**

**Last Updated:** 03/26/2007          **Last Updated By:** Jodie Brown (602) 322-7280

**Three Strike Orders appear in Red**

| | | | | | | |
|---|---|---|---|---|---|---|
| | | | | 1 | | |
| Case Number | Jurisdiction | Name | Three Strikes Order | Dismissal Reasons | | Dismissal Date |
| 🗀 00-1684-PHX-ROS (JRI) | ARI | Fordjour v. Southwest Gas | ☐ | FTSC | | 11/27/2000 |
| 🗀 01-2323-PHX-ROS (JRI) | ARI | Fordjour v. Southwest Gas Corp. | ☐ | FTSC | | 09/12/2002 |
| 🗀 02-0838-PHX-ROS (JRI) | ARI | Fordjour v. USA | ☐ | FTSC | | 03/03/2003 |
| | | | | 1 | | |

Done

**9th** Gregory B. Walters, Circuit Executive - Office of the Circuit Executive
P.O. Box 193939 - San Francisco - CA 94119-3939

Name: CHARLES FORAJOUR

CDC No: 37666 - B6 B80

Address: Kings county Jail
P. O. Box 1699
Hanford, CA 93236

FILED

MAY 27 2008

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
DEPUTY CLERK

## UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF CALIFORNIA
## FRESNO DIVISION

CHARLES FORAJOUR

Plaintiff/Petitioner,

-vs.-

Robert Mueller, III - dir. FBI
ET AL.

Defendants/Respondent.

CASE NUMBER: 1: 0 8 CV  0 0 7 3 1 AWI TAG HC

APPLICATION TO PROCEED
IN FORMA PAUPERIS
BY A PRISONER

I, CHARLES FORAJOUR declare that I am the plaintiff in the above-entitled proceeding; that, in support of my request to proceed without prepayment of fees under 28 U.S.C. section 1915, I declare that I am unable to pay the fees for these proceedings or give security therefor and that I am entitled to the relief sought in the complaint.

In support of this application, I answer the following questions under penalty of perjury:

1.   Are you currently incarcerated?   X Yes __ No   (If "no" DO NOT USE THIS FORM)

State the place of your incarceration. _Kings County Jail_

2.   Are you currently employed (includes prison employment)?   __ Yes   X No

a.   If the answer is "yes" state the amount of your pay. _N/A_

b.   If the answer is "no" state the date of your last employment, the amount of your take-home salary or wages and pay period, and the name and address of your last employer.

3.   Have you received any money from the following sources over the last twelve months?

a.   Business, profession, or other self-employment:   __ Yes   X No

b.   Rent payments, interest or dividends:   __ Yes   X No

-1-

c.    Pensions, annuities or life insurance payments:    ___ Yes    X No

d.    Disability or workers compensation payments:    ___ Yes    X No

e..    Gifts or inheritances:    ___ Yes    X No

f.    Any other sources:    ___ Yes    X No

If the answer to any of the above is "yes," describe by that item each source of money. Also state the amount received and what you expect you will continue to receive (attach an additional sheet if necessary).

4.    Do you have cash (includes balance of checking or savings accounts)?    X Yes    ___ No

If "yes" state the total amount: $2.00 or Less / unknown

5.    Do you own any real estate, stocks, bonds, securities, other financial instruments, automobiles or other valuable property?    ___ Yes    X No

If "yes" describe the property and state its value:    N/A

6.    Do you have any other assets?    ___ Yes    X No

If "yes," list the asset(s) and state the value of each asset listed:

7.    List all persons dependent on you for support, stating your relationship to each person listed and how much you contribute to their support. T, CJ, TP For your dependents - full support

**IMPORTANT:**    **This form must be dated and signed below in order for the court to consider your application.**

I hereby authorize the agency having custody of me to collect from my trust account and forward to the Clerk of the United States District Court payments in accordance with 28 U.S.C. section 1915(b)(2).

May 19, 2008
_____
DATE

_____ - CHARLES FORD TOUR
SIGNATURE OF APPLICANT
PETITIONER IN PRO PER

NOTE:    Within sixty days from the date of this application you must forward to the court a certified copy of your prison trust account statement showing transactions for the past six months.

(Revised 01/2008)

-2-

016H6505538

$ 00.590

Mailed From  93721

06/17/2008

US POSTAGE

Hasler

RECEIVED

JUN 1 9 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

UNITED STATES COURTS
OFFICE OF THE CLERK, UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
FRESNO, CALIFORNIA 93721-1318

OFFICIAL BUSINESS

**UNITED STATES DISTRICT COURT**
**FOR THE**
**EASTERN DISTRICT OF CALIFORNIA**

*FILED E-filing*

**OFFICE OF THE CLERK**
**2500 Tulare Street**
**Fresno, CA 93721**

JUL 0 1 2008

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

**MMC**

Clerk, USDC, Northern District of CA
450 Golden Gate Avenue
San Francisco, CA 94102

**CV 08    3162**

RE:        **CHARLES FORDJOUR vs. ROBERT MUELLER III**
USDC No.:  **1:08-CV-00731-AWI-TAG**

Dear Clerk,

Pursuant to the order transferring the above captioned case to your court, dated
June 17, 2008 , transmitted herewith are the following documents.

**Electronic Documents: 1 to 4.**

Documents maintained electronically by the district court are accessible through
PACER for the Eastern District of California at **https://ecf.caed.uscourts.gov**.

Please acknowledge receipt on the extra copy of this letter and return to the Clerk's Office.

Very truly yours,

**June 17, 2008**          /s/  **C. Esteves**
                          _____

                          Deputy Clerk

RECEIVED BY:              _____

                          Please Print Name

DATE RECEIVED:            _____

NEW CASE
NUMBER:                   _____

1

2

3

4

I hereby attest and certify on 6-17-08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____ Deputy

5              IN THE UNITED STATES DISTRICT COURT

6              FOR THE EASTERN DISTRICT OF CALIFORNIA

7

8    CHARLES FORDJOUR,                    1:08-cv-00731-AWI-TAG

9              Petitioner,

10         vs.                            ORDER OF TRANSFER

11   ROBERT MUELLER, III, et al.,

12             Respondents.

13   _____/

14         Petitioner, a state prisoner proceeding pro se, has filed a habeas corpus action pursuant to

15   28 U.S.C. § 2254, together with a request to proceed in forma pauperis pursuant to 28 U.S.C. § 1915.

16         The federal venue statute requires that a civil action, other than one based on diversity

17   jurisdiction, be brought only in "(1) a judicial district where any defendant resides, if all defendants

18   reside in the same state, (2) a judicial district in which a substantial part of the events or omissions

19   giving rise to the claim occurred, or a substantial part of the property that is the subject of the action is

20   situated, or (3) a judicial district in which any defendant may be found, if there is no district in which

21   the action may otherwise be brought." 28 U.S.C. § 1391(b).

22         In this case, the petitioner is challenging a conviction from Santa Clara County, which is in the

23   Northern District of California. Therefore, the petition should have been filed in the United States

24   District Court for the Northern District of California. In the interest of justice, a federal court may

25   transfer a case filed in the wrong district to the correct district. See 28 U.S.C. § 1406(a); Starnes v.

26   McGuire, 512 F.2d 918, 932 (D.C. Cir. 1974).

27   ///

28                                        1

CLOSED, HABEAS

# U.S. District Court
## Eastern District of California - Live System (Fresno)
## CIVIL DOCKET FOR CASE #: 1:08-cv-00731-AWI-TAG
### Internal Use Only

(HC) Fordjour v. Mueller et al
Assigned to: Judge Anthony W. Ishii
Referred to: Magistrate Judge Theresa A. Goldner
Cause: 28:2254 Petition for Writ of Habeas Corpus (State)

Date Filed: 05/27/2008
Date Terminated: 06/17/2008
Jury Demand: None
Nature of Suit: 530 Habeas Corpus
(General)
Jurisdiction: Federal Question

**Petitioner**

**Charles Fordjour**                    represented by **Charles Fordjour**
37666
Kings County Jail
P.O. Box 1699
Hanford, CA 93230
PRO SE

V.

**Respondent**

**Robert Mueller, III**
*Director of FBI*

**Respondent**

**Allan McClain**
*Kings County Sheriff*

I hereby attest and certify on 6-17-08
that the foregoing document is a full, true
and correct copy of the original on file in my
office and in my legal custody.
VICTORIA C. MINOR
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

By_____Deputy

**Respondent**

**John Miller**
*Assistant Director of FBI*

**Respondent**

**United States Department of Justice**

**Respondent**

**Federal Bureau of Investigation**

**Respondent**

**Fresno, FBI Disrict Office and Agents**

**Respondent**

**U.S. Attorney Scott W. McGregor**

**Respondent**

**Jerry Brown**
*California Attorney General*

**Respondent**

**Kings County Superior Court**

**Respondent**

**- Kings County District Attorney's Office**

| Date Filed | # | Docket Text |
|---|---|---|
| 05/27/2008 | ❷ 1 | PETITION for WRIT of HABEAS CORPUS by Charles Fordjour.(Gil-Garcia, A) (Entered: 05/29/2008) |
| 05/27/2008 | ❷ 2 | MOTION to PROCEED IN FORMA PAUPERIS by Charles Fordjour. (Gil-Garcia, A) (Entered: 05/29/2008) |
| 06/10/2008 | ❷ 3 | PRISONER NEW CASE DOCUMENTS ISSUED; (Attachments: # 1 Consent Forms) (Esteves, C) (Entered: 06/10/2008) |
| 06/10/2008 | ❷ | SERVICE BY MAIL: 3 Prisoner New Case Documents for AWI served on Charles Fordjour. (Esteves, C) (Entered: 06/10/2008) |
| 06/10/2008 | ❷ | (Court only) SET DEADLINES: Consent due by 7/10/2008; Screening Deadline set for 7/28/2008. (Esteves, C) (Entered: 06/10/2008) |
| 06/16/2008 | ❷ | (Court only) ***STAFF NOTES: Case screened; transfer order to Northern District submitted to TAG/ds. (Esteves, C) (Entered: 06/16/2008) |
| 06/17/2008 | ❷ 4 | ORDER, CASE TRANSFERRED to District of Northern California signed by Magistrate Judge Theresa A. Goldner on 6/16/2008. Original file, certified copy of transfer order, and docket sheet sent. CASE CLOSED. (Esteves, C) (Entered: 06/17/2008) |
| 06/17/2008 | ❷ | SERVICE BY MAIL: 4 Order served on Charles Fordjour. (Esteves, C) (Entered: 06/17/2008) |
| 06/17/2008 | ❷ 5 | TRANSMITTAL of DOCUMENTS on *6/17/2008* to * Clerk, USDC, Northern District of CA* *450 Golden Gate Avenue* *San Francisco, CA 94102*. ** *Electronic Documents: 1 to 4. *. (Esteves, C) (Entered: 06/17/2008) |