ORIGINAL

"NO ACCESS TO COPIES"
Timely filed

1  Charles Fordjour
2  37666-B6 B80
3  Kings County Jail
   P.O. BOX 1699
4  Hanford, CA 93230
5  (559) 582-3211
6
7  PETITIONER IN PROPER

FILED
08 JUL 16 PM 3:21
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

Charles Fordjour,           ) N° CV 08-03162-MMC
    Petitioner/Appellant,   )
                            ) "EMERGENCY MOTION
        vs.                 ) FOR CHANGE OF VENUE,
                            ) TRANSFER OF CASE
Robert Mueller, III - Director ) AND CHALLENGE AND
of FBI, et al.              ) OBJECTION TO
    ET AL                   ) IMPROPER CASE
    Respondents/Appellees   ) TRANSFER FROM
                            ) UNITED STATES DISTRICT
                            ) COURT, EASTERN DISTRICT
                            ) OF CALIFORNIA IN
                            ) VIOLATIONS OF 28 U.S.C
                            ) § 1631 AND 28 U.S.C §
                            ) 1406(a) AND RULE 72
                            ) (a)(b), F.R.C.P. APPEAL"

"MOTION FOR LEAVE TO FILE"

(1)

Pursuant to Rule 6, FRCP, FRAP 27, 28 U.S.C § 1631, 28 U.S.C § 1406(a), and Rule 72(a)(6), Federal Rules of Civil Procedure, including Rules governing Sections 28 U.S.C § 2241 et seq., petitioner Forjour hereby moves, requests and motions for Emergency change of Venue and Transfer of case to United States District Court, Eastern District of California in Fresno, California on Emergency Basis.

This Emergency Motion is supported by the Attached Memorandum of points and Authorities, Full Record, and any present and Future Oral Arguments, Subpoenaed witnesses and Testimonies, Evidentiary Hearing and proceedings in this pending case.

MEMORANDUM OF POINTS AND AUTHORITIES:
LEGAL STANDARD: Serious Legal issues, questions of Law are review de novo. See United States v. McConney, 728 F.2d 1195, 1201 (9th Cir.)(en banc) cert. denied, 469 U.S. 824, 83 L.Ed.2d 46, 105 S.Ct. 101 (1984); Braden v. 30th Judicial Circuit Court of Kentucky, 410 U.S. 484, 93 S.Ct. 1123, 35 L.Ed. 443 (1973); United States v. Motamedi, 767 F.2d 1403, 1405 (9th Cir. 1985) (Pre-trial detention); See also other cases cited Herein

(2)

1  In 2004, the Supreme Court endorsed the
2  "_district of confinement_" [r]ule, stating that
3  [t]he plain language of [28 U.S.C.S 2241(a)]
4  confirms the general rule that for core habeas
5  petitions challenging present physical confinement,
6  jurisdiction lies in _only_ one district: the district
7  of confinement." Padilla v. Rumsfeld, 542 U.S.
8  426, 443, 124 S.Ct. 2711, 159 L.Ed.2d 513 (2004)
9  Braden v. 30th Judicial Circuit Court of Kentucky,
10 410 U.S. 484, 93 S.Ct. 1123, 35 L.Ed.2d 443 (1973)
11 which held that traditional venue considerations
12 apply to habeas petitions. As one court has noted,
13 "Supreme court precedent [set forth in Braden]
14 establishes that traditional venue doctrines are
15 fully applicable" to Habeas petitions brought
16 pursuant to 28 U.S.C. Section 2241. See case
17 Henderson v. I.N.S., 157 F.3d 106, 127 (2d Cir. 1998)
18 Traditional venue considerations include, but
19 are _not_ limited to, where (1) "the material
20 events took place," (2) where the "records and
21 witnesses pertinent to petitioner's claim are
22 likely to be found," and (3) whether the forum
23 is convenient for the parties. Braden 410 U.S.
24 484, 493-94, 93 S.Ct. 1123, 35 L.Ed 2d 443.
25     As to Transfer, 28 U.S.C § Section 1406(a)
26 sets forth that "[t]he district court of a district
27 in which is filed a case laying venue in the
28 wrong.... district shall dismiss, or if it be in the

(3)

interest of justice, transfer such case to any district .... in which it could have been brought" 28 U.S.C. § 1406(a). In Addition, 28 U.S.C. Section 1631, explains that "[W]henever a civil action is filed ... and th[e] court finds that there is a want of jurisdiction, the court – shall, if it is in the interest of justice, transfer such action ... to any other such court in which the action .... could have been brought at the time it was filed or noticed ...." 28 U.S.C. § 1631.

SERIOUS LEGAL ISSUES AND QUESTIONS:

A: "District of confinement Rule":

Good Cause Exists, for this district court to mandatory transfer and change venue to United States District Court, Eastern District of California, Fresno, California to prevent manifest Injustice.

Petitioner Forsyou filed his petition pursuant to 28 U.S.C. § 2241 challenging his pre-trial custody confinement in Kings County Jail, Hanford, California and Seeking TRO / Preliminary Injunction Against Respondents and Enjoinment of Kings County Superior Court case No. 07CM9015/07M0043.

(4)

petitioner is **not** attacking his case in Santa Clara County Superior Court as **improperly** held by Magistrate Judge Theresa A. Goldner. This case **has nothing** to do with Santa Clara County Superior Court case which has been **overturned** and **Reversed**. There is **nothing** been changed in that case 197498 and therefore it was **improper** and **extreme prejudicial** and constitute obstruction of Justice for the Assigned Magistrate Judge to transfer case from United States District Court Eastern District of California, to United States District Court, Northern District of California.

**All witness** and **Evidences** are Located in the United States District Court, Eastern District of California Jurisdiction and there it is improper to transfer or change venue when petitioner is Attacking his **Pre-trial Custody Status** and other Redress against Respondents in Kings County and Eastern District of California Jurisdiction.

petitioner moves and motions this court on Emergency Basis for a court order transferring petition for Writ of Habeas corpus, 28 USCS 2241 and granting TRO/ Injunction including enjoinment of State proceeding

(5)

B: TIMELY APPEAL BEFORE ASSIGNED UNITED STATES DISTRICT COURT JUDGE, EASTERN DISTRICT OF CALIFORNIA PURSUANT TO RULE 59(e), Rule 60(c)(1-6), Rule 72(a)(6), FRCP.

This petition for writ of Habeas Corpus was properly randomly Assigned to Hon. Judge Anthony W. Ishii as the Assigned District Court Judge. Petitioner Forjour specifically signed a Decline NOT to consent to Magistrate Judge Theresa A. Goldner as the Assigned Judge within 30 (thirty) days of filing the petition pursuant to 28 USCS 2241. Petition Forjour timely filed objections and challenged to the Magistrate Judge Theresa A. Goldner court order dated June 19, 2008 on the same day and filed said objections within Ten (10) Days. Under Rule 72(a)(6), Traditional Federal Rules of Civil procedure. practice in United States District Court, Eastern District of California, Fresno, California is to - allow for Thirty (30) days on Magistrate's Findings and Recommendations. Petitioner's Appeal is still pending and grave Injustice and deprivation of petitioner's Substantial Rights have occurred in violations of his 4th, 5th, 6th, 8th and 14th Amendments of the United States Constitution.

(6)

1  In the Interest of Justice, this court **must**
2  transfer and change venue to the United States
3  District Court, Eastern District of California. See
4  <u>Miller v. Hambrick</u>, 905 F.2d 259, 262 (9th Cir. 1990),
5  (quoting <u>Goldlawr v. Heiman</u>, 369 U.S. 463, 467, 82,
6  S. Ct. 913, 8 L. Ed. 2d 39 (1962)(discussing transfer
7  under 28 U.S.C. § 1631, which has the same interest
8  of justice requirement of 28 U.S.C. § 1406(a).
9  It is in the interest of this court to transfer
10 this case to United States District Court, Eastern
11 District of California. See <u>Ceh Tenvreiro v. Ashcroft</u>,
12 2004 U.S. Dist Lexis 14005 (D. Or. July 12, 2004);
13 (quoting <u>Roman v. Ashcroft</u>, 340 F.3d 314, 328-
14 29 (6th Cir. 2003); See 28 U.S.C. § 1631;
15 28 U.S.C. § 1406(a).

16 WHEREFORE, petitioner prays that in Good
17 Faith and in the Interest of Justice his
18 Emergency Motion be granted in its Entirety
19 to prevent Miscarriage of Justice and this court
20 should change venue and Transfer this case.
21 Further this court should grant Any
22 other Relief that petitioner is entitled to
23 of Law and Justice requires and in the
24 interest of comity and to prevent Extreme
25 prejudice and obstruction of Justice at all times
26 Respectfully submitted this 8th day of July, 2008.
27 By: _____
28       CHARLES FORSTROM - Petitioner in Pro Per

Proof of Service
cc: Clerk, U.S. District Court, Northern District
    450 Golden Gate Avenue
    San Francisco, CA 94102    (7)    By ___

ORIGINAL

Timely filed

1  CHARLES FORDJOUR
2  37666-86 880
3  Kings County Jail
   P.O. BOX 1699
4  Hanford, CA 93230
5  (559) 582-3211
6  PETITIONER IN PROPER

TRANSFER CASE BACK TO U.S. District Court, Eastern District of California pursuant to 28 U.S.C.S 1631 and 28 U.S.C.S 1406(a).

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

Charles A. Fordjour )  U.S. District Court, Eastern District of
                    )  California case No. 1:08-CV-00731 AWI TAG HC
       Plaintiff,   )  CASE NO. CV 08-3162 MMC
                    )  "MOTION FOR LEAVE TO FILE"
  vs.               )  PRISONER'S
                    )  APPLICATION TO PROCEED
Robert Mueller, III - Director of FBI )  IN FORMA PAUPERIS
   ET. AL           )  "PROPER VENUE LIES IN
       Defendants.  )  U.S. District Court, Eastern District
_____)   of California" — TRANSFER CASE

I, Charles Fordjour, declare, under penalty of perjury that I am the plaintiff in the above entitled case and that the information I offer throughout this application is true and correct. I offer this application in support of my request to proceed without being required to prepay the full amount of fees, costs or give security. I state that because of my poverty I am unable to pay the costs of this action or give security, and that I believe that I am entitled to relief.

In support of this application, I provide the following information:

1. Are you presently employed? Yes ___ No X

If your answer is "yes," state both your gross and net salary or wages per month, and give the name and address of your employer:

Gross: _____N/A_____ Net: _____N/A_____

Employer: _____N/A_____

_____N/A_____

District of confinement Rule. See Padilla v. Rumsfeld, 542 U.S. 426, 443, 124 S.Ct. 2711, 159 L.Ed.2d 513 (2004)

PRIS. APP. TO PROC. IN FORMA PAUPERIS          - 1 -

1  If the answer is "no," state the date of last employment and the amount of the gross and net
2  salary and wages per month which you received. (If you are imprisoned, specify the last
3  place of employment prior to imprisonment.)
4  _____N/A_____
5  _____N/A_____
6  _____N/A_____
7  2.  Have you received, within the past twelve (12) months, any money from any of the
8  following sources:
9     a.  Business, Profession or                    Yes ___ No _X_
10        self employment
11    b.  Income from stocks, bonds,                 Yes ___ No _X_
12        or royalties?
13    c.  Rent payments?                             Yes ___ No _X_
14    d.  Pensions, annuities, or                    Yes ___ No _X_
15        life insurance payments?
16    e.  Federal or State welfare payments,         Yes ___ No UnK
17        Social Security or other govern-
18        ment source?
19  If the answer is "yes" to any of the above, describe each source of money and state the amount
20  received from each.
21  _____unknown (force on dependents)_____
22  _____
23  3.  Are you married?  But deceased              Yes _X_ No ___
24  Spouse's Full Name: _____deceased  12/2004_____
25  Spouse's Place of Employment: _____N/A_____
26  Spouse's Monthly Salary, Wages or Income:
27  Gross $_____N/A_____  Net $_____N/A_____
28  4.  a.  List amount you contribute to your spouse's support:$ ___N/A___

  b. List the persons other than your spouse who are dependent upon you for support and indicate how much you contribute toward their support. (NOTE: For minor children, list only their initials and ages. DO NOT INCLUDE THEIR NAMES.).

JP, CJ, J

5. Do you own or are you buying a home? Yes ___ No _X_
Estimated Market Value: $ _N/A_ Amount of Mortgage: $ _____

6. Do you own an automobile? _Repossessed_ Yes _X_ No ___
Make _Dodge Durango_ Year _2006_ Model _Durango_
Is it financed? Yes _X_ No ___ If so, Total due: $ _-$25 K_
Monthly Payment: $ _800.00_

7. Do you have a bank account? Yes _X_ No ___ (Do not include account numbers.)
Name(s) and address(es) of bank: _Patelco Credit Union_
_San Francisco, CA_
Present balance(s): $ _2.00 or Less_
Do you own any cash? Yes _X_ No ___ Amount: $ _____
Do you have any other assets? (If "yes," provide a description of each asset and its estimated market value.) Yes _X_ No ___

8. _In debt or Borrowed/credit card_ What are your monthly expenses? _for dependents/family expenses) unk_
Rent: $ _-1600.00 (dependents)_ Utilities: _-$400_
Food: $ _-2000.00_ Clothing: _-$800_
Charge Accounts: _Loss - All credits due to unlawful confinement_
_Kidnapping / Entrapment_
Name of Account Monthly Payment Total Owed on This Acct.
_Visa_   $ _charge off_   $ _unk_
_Mastercard_   $ _Charged off_   $ _unk_
_Discover etc_   $ _Charge Off_   $ _unk_

_Loss all credit due to unlawful Incarceration_
_unConstitutional confinement, Kidnapping / Entrapment_

PRIS. APP. TO PROC. IN FORMA PAUPERIS    - 3 -

1  9.    Do you have any other debts? (List current obligations, indicating amounts and to
2  whom they are payable. Do not include account numbers.)
3  _Reparution → -$100,000 (musing)_
4  _Loans / debts / support - $85 K (musing)_
5  10.   Does the complaint which you are seeking to file raise claims that have been presented
6  in other lawsuits?   Yes ___  No _X_  (petition for writ of Habeas Corpus
7  Please list the case name(s) and number(s) of the prior lawsuit(s), and the name of the court in    28 U.C.F.A § 2241).
8  which they were filed.  _N/A_
9  _____
10  _N/A_
11       I consent to prison officials withdrawing from my trust account and paying to the court
12  the initial partial filing fee and all installment payments required by the court.
13       I declare under the penalty of perjury that the foregoing is true and correct and
14  understand that a false statement herein may result in the dismissal of my claims.
15
16  _July 08, 2008_                          _[signature]_
17       DATE                                SIGNATURE OF APPLICANT

Kern County Jail
P.O. Box 1699
Hanford, CA 93230

Attn: Richard W. Wieking, clerk
The Clerk of the Court
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, California 94102
CA 94102

EXTREMELY
URGENT

LEGAL MAIL !!!!
"CONFIDENTIAL"

Mailed July 08, 2008

LEGAL MAIL
LEGAL MAIL
LEGAL MAIL



7/8/08   DS227

LEGAL MAIL

EXTREMELY URGENT