**UNITED STATES DISTRICT COURT**
**Northern District of California**
450 Golden Gate Avenue
San Francisco, California 94102

———————
www.cand.uscourts.gov

Richard W. Wieking
Clerk

General Court Number
415.522.2000

August 5, 2008

United States District Court
Eastern District of California
4-200 United States Courthouse
Sacramento, CA 95814-2322

RE: CV 08-03162 MMC   CHARLES FORDJOUR-v-ROBERT MUELLER III

Dear Clerk,

    Pursuant to an order transferring the above captioned case to your court, transmitted herewith are:

- ☐ Certified copy of docket entries.
- ☐ Certified copy of Transferral Order.
- ☐ Original case file documents.
- ☒ Please access the electronic case file for additional pleadings you may need. See the attached instructions for details.

    Please acknowledge receipt of the above documents on the attached copy of this letter.

                                                 Sincerely,
                                                 RICHARD W. WIEKING, Clerk

                                                 by: <u>Alfred Amistoso</u>
                                                 Case Systems Administrator

Enclosures
Copies to counsel of record