Charles Fordjour
37666-BBB80
Kings County Jail
P.O. Box 1699
Hanford, CA 93230
Tel. # (559) 582-3211

July 30, 2008

Hon. Hon. Chief Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

RE: Charles Fordjour v. Robert Mueller III - Director of FBI
U.S. District Court No. CV 08-3162 MMC
US District Court, Eastern District CA No. 1:08-CV-00731-AWL-TAG
(Petition for Writ of Habeas Corpus 28 USC § 2241 et seq.)

Sherriff's Emergency Request for Status on Preliminary Injunction/
TRO/Enjoinment of State and Foreign/Transfer
of the One Trial for Order to Show Cause Order
Dear Hon. Chief Judge,

Please Note the above Emergency petition for Writ of Habeas Corpus, 28 USC § 2241 and for Injunction and TRO including Enjoinment has been pending since May 27, 2008. Please I am Requesting the Court to grant Immediate Review and Injunction Relief including Enjoinment and Transfer of State. Please Respond with Respectfully, Charles Fordjour - Petitioner



LEGAL MAIL
July 30, 2008

BAKERSFIELD CA 933
MOJAVE CA
31 JUL 2008 PM 3 L

The Honorable Chief Judge
United States District Court
Northern District of California
450 Golden Gate Avenue
San Francisco, CA 94102

5175

Case 3:08-cv-03162-MMC    Document 7    Filed 08/05/2008    Page 3 of 3